

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Mark B. Dubnoff*
*Direct Dial: (215) 861-8397*
*Facsimile: (215) 861- 8618*
*E-mail Address:  mark.dubnoff@usdoj*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

April 16, 2021


U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

   Re:  <u>United States v. Moshe Porat</u>

Dear Clerk:       21cr170

  Please unimpound the Indictment in regard to the above-captioned case.  The Indictment was filed on April 15, 2021.

       Very truly yours,

       JENNIFER ARBITTIER WILLIAMS
       Acting United States Attorney



       <u>s/Mark B. Dubnoff</u>
       Mark B. Dubnoff
       Assistant United States Attorney