# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : : : **CRIMINAL ACTION** : No. 20-cr-00045 **v.** : : **ABDUR RAHIM ISLAM** : **SHAHIED DAWAN** : **KENYATTA JOHNSON** : **DAWN CHAVOUS** :         **Defendants.** : | |

**McHUGH, J.**                                                                            **January 29, 2021**

## ORDER

This 29th day of January, 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to Compel grand jury instructions (ECF 47) is **GRANTED** in part; the instructions to the grand jury shall be produced for *in camera* review.

The Government may also, at its option, submit those portions of the testimony that it contends provided evidence of the crime charged under the instructions presented to the grand jury.

                                                                            /s/ Gerald Austin McHugh
                                                                            United States District Judge