IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOSHE PORAT | No. 21-cr-0170 |

### ORDER

**AND NOW**, this 4th day of August 2021, upon consideration of Moshe Porat's Motion to Compel Discovery Pursuant to *Brady v. Maryland* (ECF 38) and the Government's Response (ECF 50), it is **ORDERED** that the Motion is **DENIED without prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.