IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 21-170 |
| v. | |
| MOSHE PORAT | |

## ORDER

AND NOW, this 4th day of November, 2021, after considering Defendant's Motion *in Limine* to Exclude Evidence Regarding Personal Financial Status (ECF No. 58), the Government's Response (ECF No. 62) and oral argument on the Motion (ECF No. 85) it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.