IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| MOSHE PORAT, | NO. 21-170 |
| *Defendant.* | |

## ORDER

**AND NOW**, this 8th day of March 2022, upon consideration of Defendant Moshe Porat's Motion for Judgment of Acquittal (ECF 109) and Motion for Judgment of Acquittal or for a New Trial (ECF 139) and the Government's Response (ECF 145), it is hereby **ORDERED** that Defendant's Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.