IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| MOSHE PORAT, | NO. 21-170 |
| *Defendant.* | |

## ORDER

**AND NOW**, this 2nd day of May 2022, upon consideration of Defendant Moshe Porat's Motion for Release and to Stay Payment of the Fine Pending Appeal (ECF 170) and the Government's Response (ECF 172), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.