UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-094

No. 22-1560

UNITED STATES OF AMERICA

v.

MOSHE PORAT,
         Appellant

(E.D. Pa. No. 2-21-cr-00170-001)

Present: PHIPPS, Circuit Judge

1. Motion by Appellee to Compel Appellant to File Proper Appendix Pursuant to Federal Rule of Appellate Procedure 30

2. Response by Appellant in Opposition to Motion to Compel

3. Appellee's Reply in Support of Motion to Compel

                         Respectfully,
                         Clerk/CJG

_____ORDER_____

The foregoing Motion by Appellee to Compel Appellant to File Proper Appendix Pursuant to Federal Rule of Appellate Procedure 30 is granted. Appellant has 30 days from the date of this order to file a supplemental appendix.

                         By the Court,

                         s/ *Peter J. Phipps*
                         Circuit Judge

Dated: August 17, 2022
tmm/cc: Mark B. Dubnoff, Esq.
      Nancy E. Potts, Esq.
      Mary Teresa Soltis, Esq.
      Avery D. Medjuck, Esq.
      Alexandra A.E. Shapiro, Esq.

Tai H. Park, Esq.
Michael D. Pepson, Esq.