UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1560
_____

UNITED STATES OF AMERICA

v.

MOSHE PORAT,
     Appellant

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-21-cr-00170-001)
District Judge: Honorable Gerald J. Pappert

_____

Argued May 18, 2023
_____

Before: KRAUSE, PHIPPS, and CHUNG, *Circuit Judges.*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on May 18, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment and conviction order of the District Court entered on March 14, 2022 is AFFIRMED. Costs shall not be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: August 7, 2023

Certified as a true copy and issued in lieu of a formal mandate on October 11, 2023

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**