Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103-2799



troutman.com

**Michael A. Schwartz**
D 215.981.4494
michael.schwartz@troutman.com


October 11, 2023

**Via Email (Chambers_of_Judge_Pappert@paed.uscourts.gov)**

Hon. Gerald J. Pappert
11614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:   United States v. Moshe Porat, No. 2:21-CR-00170-GJP-1**

Dear Judge Pappert:

We are writing in anticipation of the issuing of the mandate from the Court of Appeals for the Third Circuit affirming the conviction and sentence of Dr. Moshe Porat. We respectfully ask that the Court set a voluntary surrender date of December 1, 2023 once the mandate issues for the following reasons.

First, Dr. Porat has been compliant with all of his conditions of release throughout this matter and is an appropriate candidate for voluntary surrender. The Bureau of Prisons will need sufficient time to redesignate the facility at which Dr. Porat will serve his sentence.

Second, Dr. Porat would like to get his personal, medical, and family affairs in order. As you may recall, Dr. Porat had bypass surgery in 2021 and has an appointment scheduled with his cardiologist on November 16, 2023 to review his medications (and the medications available at the BOP designated facility) in anticipation of serving his sentence. In addition to his personal medical situation, Dr. Porat's spouse, Rachel, who is immunocompromised, underwent a second knee replacement surgery last week and currently is recovering from that procedure. Dr. Porat seeks a surrender date that will allow sufficient time for him to put these and other personal affairs in order before he serves his sentence.

We have consulted with the government about this request, and AUSA Dubnoff responded that the government "has not decided our position on a reporting date yet."

If the Court has any questions, or needs any additional information (including letters from treating physicians), please let us know.

Respectfully,

Michael A. Schwartz

cc:   AUSA Mark Dubnoff