

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Mark B. Dubnoff* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8397* | *Suite 1250* |
| *Facsimile: (215) 861- 8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address: mark.dubnoff@usdoj.gov* | *(215) 861-8200* |

October 11, 2023

Honorable Gerald J. Pappert
Judge, United States District Court
5614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744

    *Re: United States v. Moshe Porat, Criminal No. 21-170*

Dear Judge Pappert:

With regard to the defense's request for a December 1, 2023 reporting date, the government agrees that Moshe Porat is an appropriate candidate for self-surrender and that he cannot surrender before the Bureau of Prisons ("BOP") designates the facility to which he must report.

We are skeptical that it will take approximately seven weeks for BOP to make such a designation, but we defer to the Court's wisdom and experience as to an appropriate reporting date.

            Respectfully yours,

            JACQUELINE C. ROMERO
            United States Attorney


            */s/ Mark B. Dubnoff*
            Mark B. Dubnoff
            Nancy E. Potts
            MaryTeresa Soltis
            Assistant United States Attorneys

Cc:  Michael A. Schwartz, Esq.
    Richard J. Zack, Esq.