IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 21-170 |
| MOSHE PORAT | : | |

**ORDER TO SURRENDER**

**AND NOW**, this **13th** day of **October, 2023,** the above-named defendant having been sentenced to the custody of the Bureau of Prisons,

It is **ORDERED** that the execution of prison sentence is suspended until **Friday, December 1, 2023**, at which time defendant is directed to report to **the institution designated by the Bureau of Prisons** no later than **2:00 P.M.** to commence serving said sentence.

In the alternative, if the defendant is not yet designated by the Bureau of Prisons, he shall surrender to the United States Marshal for this district on the date and time stated above.

/s/ Gerald J. Pappert
GERALD J. PAPPERT    J.