UNITED STATES DISTRICT COURT
EASTERN DISTRICTOF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| V. | : |
| | Crim. No. 21-170 |
| **MOSHE PORAT** | : |

**ORDER**

**AND NOW**, this 2nd day of October 2024, upon consideration of defendant's pro se motion for return of passport (ECF No. 182), and the government having no objection thereto, it is **ORDERED** that the motion is **GRANTED**. The defendant shall pick up his passport at the clerk's office.

BY THE COURT:

/s/ Gerald J. Pappert
Honorable Gerald J. Pappert